UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DIANE COLLINS, | ) | |
| Plaintiff, | ) ) ) | Civil No. 06-211-GFVT |
| V. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | **JUDGMENT** |
| Defendant. | ) ) ) | |

*** *** *** ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** that:

1. The administrative decision of the Commissioner of Social Security ("Commissioner") is **REVERSED** and this action is **REMANDED** for further consideration by the Commissioner pursuant to Sentence Four of 42 U.S.C. §405(g); and

2. This matter is **STRICKEN** from the Court's active docket.

This the 21st day of March, 2008.



**Signed By:**

*Gregory F. Van Tatenhove*

**United States District Judge**